THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELKWAN B. WHITE, Appellant. [621 NYS2d 999] —Judgment unanimously affirmed. Memorandum: Defendant's sole argument on appeal is that County Court erred in failing to suppress the statements that defendant made to the police after he was arrested and a felony complaint had been filed against him. There is no proof in the record to support that argument. (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Weapon, 2nd Degree.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.